Case 4:25-cv-05359   Document 3   Filed on 11/12/25 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
November 12, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CONCEPCION CORONADO ACUNA, | § § | CIVIL ACTION NO. 4:25-cv-05359 |
| Petitioner, | § § § | |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| WARDEN, *et al*, Respondents. | § § § | |

### ORDER

Petitioner Concepcion Coronado Acuna filed a petition for writ of *habeas corpus* on November 9, 2025. Dkt 1. She asserts that her detention under 8 USC §1225(b) is unlawful and that she should instead be detained, if at all, under 8 USC §1226(a), which would entitle her to a hearing for potential release during the pendency of her removal proceedings. Id at ¶4–8.

Petitioner states causes of action for violations of (i) the Immigration and Nationality Act, (ii) 8 CFR §§236.1, 1236.1, and 1003.19, and (iii) the Due Process Clause of the Fifth Amendment. Id at ¶¶38–48. Among other relief, she seeks a writ under 28 USC §2243 requiring Respondents to release her or to provide a bond hearing within seven days. Id at 16–17.

Immediate release isn't warranted with entry of this Order. Petitioner appears to acknowledge that application of 8 USC §1226(a) wouldn't necessarily result in her release—only potential entitlement to be heard at a bond hearing. Id at ¶8. Even so, Petitioner is entitled to an order to show cause under 28 USC §2243. Id at ¶10.

Respondents are thus ORDERED to show cause with a filing that establishes the propriety of Petitioner's continued detention. Such filing must be made by November 17, 2025, absent extension.

It doesn't appear that counsel for Respondents has yet been served or appeared. Counsel for Petitioner is thus ORDERED to provide immediate service of this Order by email directed to the counsel for the Government with whom he has been in communication about this matter. Such service doesn't substitute for the requirements of formal service but is instead intended only to provide the Government notice and an opportunity to be heard at this initial juncture.

This matter is SET for hearing to address the show cause order for November 17, 2025, at 3:30 pm.

The parties may jointly request brief resetting, if necessary and agreed.

SO ORDERED.

Signed on November 12, 2025, at Houston, Texas.

      *CREskridge*
Hon. Charles Eskridge
United States District Judge

2